# United States District Court
## *Southern District of Georgia*

STOYAN MARKOV, GERRY G. SEBASTIAN, and
ZORICA ZUKIC, individually and on behalf of other
similarly situated persons, and BILLY KIRKLAND,

    Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

**v.**

CASE NUMBER: CV215-018

*GOLDEN ISLES CRUISE LINES, INC.,*

    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of this Court entered on March 21, 2016, defendant Golden Isles

Cruise Lines, Inc., is dismissed from this case.



March 21, 2016
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*