AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

STOYAN MARKOV; GERRY G. SEBASTIAN;
ZORICA ZUKIC; and BILLY KIRKLAND,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 2:15-cv-18

GOLDEN ISLES CRUISE LINES, INC., and
APEX EXTERTAINMENT MANAGEMENT, LLC,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with the Order of the Court entered this 26th day of August 2016, granting the parties Joint Motion to Dismiss with Prejudice, judgment is hereby entered and this case stands closed.

Approved by: _____

9/16/2016
_____
*Date*

Scott L. Poff
_____
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/1/03